IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA DELOACH, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 17-2506 |
| | : | |
| ALMAC PHARMA SERVICES LLC, | : | |
|     Defendant. | : | |

**Jones, II    J.**

**March 1, 2018**

## **ORDER**

**AND NOW**, this 1st day of March 1, 2018, upon consideration of Plaintiff's Complaint (ECF No. 1), Defendant's Motion to Dismiss (ECF No. 3), and Plaintiff's response in opposition thereto (ECF No. 8), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. This Court grants Plaintiff leave to amend within fourteen days.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.

1